BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant REYES-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00485 JW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| BALDOMERO REYES-REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The Federal Public Defender has been appointed as counsel for defendant Baldomero Reyes-Reyes.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Cynthia C. Lie enters her Notice of Substitution of Counsel, replacing Assistant Federal Public Defender Angela M. Hansen as attorney of record for Mr. Reyes.

Dated: September 13, 2006

                                          Respectfully submitted,

                                          BARRY J. PORTMAN
                                          Federal Public Defender

                                          s/
                                          CYNTHIA C. LIE
                                          Assistant Federal Public Defender

Notice of Substitution of Counsel                      1