KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CASBN 189985)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> BALDERMO REYES-REYES, ) <br>   aka Baldermo Reyes, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 06-00485 JW (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 25, 2006 THROUGH OCTOBER 16, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

     The parties appeared before this Court for appearance on July 20, 2006. The defendant Baldermo Reyes-Reyes (the "defendant") was personally present and in custody. The defendant waived his right to an indictment in the above-captioned action and was arraigned on a one-count information charging him with a violation of 8 U.S.C. § 1326. Assistant Federal Public Defender Angela Hanson appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to September 25, 2006, at 1:30 p.m. for defendant's next appearance in this Court before the Honorable James Ware. This case was also recently reassigned to Assistant Federal Public Defender Cynthia Lie. The Court also continued the matter from September 25, 2006 to October 2, 2006, at 1:30 p.m.

U.S. V. REYES-REYES, NO. CR 06-00485 JW(PVT)
[PROPOSED] ORDER EXCLUDING TIME

1 | on its own motion.

2 | The parties hereby request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 25, 2006 through October 16, 2006 and scheduling the defendant's next appearance in this Court for October 16, 2006. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 25, 2006 through October 16, 2006 based upon the need for the defense counsel to investigate further the facts of the present case. In addition, defense counsel requires the additional time to investigate pending state charges that have recently been brought against defendant and the impact of those charges on the federal case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from September 25, 2006 through October 16, 2006.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from September 25, 2006 through October 16, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/20/06        /s/ Cynthia Lie
                      CYNTHIA LIE
                      Assistant Federal Public Defender

DATED: 9/20/06        /s/ Hanley Chew
                      HANLEY CHEW
                      Assistant United States Attorney

U.S. V. REYES-REYES, NO. CR 06-00485 JW(PVT)
[PROPOSED] ORDER EXCLUDING TIME         2

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 25, 2006 through October 16, 2006 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from from September 25, 2006 through October 16, 2006.

Accordingly, the Court further orders that (1) the status conference set for October 2, 2006 is vacated and that the next appearance date before this Court is scheduled for October 16, 2006 at 1:30; and (2) the time from September 25, 2006 through October 16, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 9/22/06

THE HONORABLE JAMES WARE
United States District Judge

U.S. V. REYES-REYES, NO. CR 06-00485 JW(PVT)
[PROPOSED] ORDER EXCLUDING TIME            3