**E-Filing**

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  HANLEY CHEW (CASBN 189985)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5060
7     Facsimile: (408) 535-5066

8  Attorneys for the United States of America

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 06-00485 JW
14                                     )
            Plaintiff,                 )    [PROPOSED] ORDER EXCLUDING
15                                     )    TIME FROM JULY 20, 2006
            v.                         )    THROUGH SEPTEMBER 25, 2006
16                                     )    FROM CALCULATIONS UNDER THE
   BALDERMO REYES-REYES,              )    SPEEDY TRIAL ACT (18 U.S.C. § 3161)
17    aka Baldermo Reyes,             )
                                       )
18          Defendant.                 )
                                       )
19  _____ )

20          The parties appeared before this Court for appearance on July 20, 2006.  The defendant

21  Baldermo Reyes-Reyes (the "defendant")  was personally present and in custody.  The defendant

22  waived his right to an indictment in the above-captioned action and was arraigned on a one-count

23  information charging him with a violation of 8 U.S.C. § 1326.  Deputy Federal Public Defender

24  Angela Hanson, Esq., appeared on behalf of the defendant.  Assistant United States Attorney

25  Hanley Chew appeared for the government.  The Court continued the matter to September 25,

26  2006 at 1:30p.m. for defendant's next appearance in this Court before the Honorable James

27  Ware.

28          At the request of the parties, including the defendant, the Court enters this order

   UNITED STATES V. BALDERMO REYES-REYES
   [PROPOSED] ORDER EXCLUDING TIME

1  documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C.

2  § 3161, from July 20, 2006 through September 25, 2006.  The parties, including the defendant,

3  agree and the Court finds and holds as follows:

4  1.      The defendant understands and agrees to the exclusion of time from calculations under

5  the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2006 through September 25, 2006. based

6  upon the need for the defense counsel to investigate further the facts of the present case and to

7  evaluate further possible defenses and motions available to the defendant.

8  2.  The attorney for defendant joins in the request to exclude time under the Speedy Trial

9  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

10  effective preparation of the defense; believes the exclusion is in the defendant's best interests;

11  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be

12  from July 20, 2006 through September 25, 2006.

13      Given these circumstances, the Court finds that the ends of justice served by excluding

14  from calculations the period from July 20, 2006 through September 25, 2006, outweigh the best

15  interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C.

16  § 3161(h)(8)(A) & (B)(iv).

17      Accordingly, the Court (1) sets an appearance date before this Court on September 25, 2006

18  at 1:30 p.m., and (2) orders and finds that the time from July 20, 2006 through September 25,

19  2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

20  SO STIPULATED:

21  DATED:_____          _____
                                   ANGELA HANSON
22                                 Attorney for Defendant

23  DATED: 7/21/06                 _____
                                   HANLEY CHEW
24                                 Assistant United States Attorney

25  IT IS SO ORDERED.

26  DATED: 9/25/06                 _____
                                   THE HONORABLE PATRICIA V. TRUMBULL
27                                 United States Magistrate Judge

28

UNITED STATES V. BALDERMO REYES-REYES
[PROPOSED] ORDER EXCLUDING TIME    2

07/21/2006 14:18 FAX 408 291 7399     FEDERAL PUBLIC DEFENDER → US ATTY A     002
Case 5:06-cr-00485-JW   Document 16   Filed 09/25/06   Page 3 of 3     P.03/03

JUL-21-2006  09:40

1   documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C.

2   § 3161, from July 20, 2006 through September 25, 2006. The parties, including the defendant,

3   agree and the Court finds and holds as follows:

4   1.      The defendant understands and agrees to the exclusion of time from calculations under

5   the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2006 through September 25, 2006, based

6   upon the need for the defense counsel to investigate further the facts of the present case and to

7   evaluate further possible defenses and motions available to the defendant.

8   2.  The attorney for defendant joins in the request to exclude time under the Speedy Trial

9   Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

10  effective preparation of the defense; believes the exclusion is in the defendant's best interests;

11  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be

12  from July 20, 2006 through September 25, 2006.

13          Given these circumstances, the Court finds that the ends of justice served by excluding

14  from calculations the period from July 20, 2006 through September 25, 2006, outweigh the best

15  interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C.

16  § 3161(h)(8)(A) & (B)(iv).

17      Accordingly, the Court (1) sets an appearance date before this Court on September 25, 2006

18  at 1:30 p.m., and (2) orders and finds that the time from July 20, 2006 through September 25,

19  2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

20  SO STIPULATED:

21  DATED: 7/21/06

                                    ANGELA HANSEN
                                    Attorney for Defendant

23  DATED:_____

                                    HANLEY CHEW
                                    Assistant United States Attorney

25  IT IS SO ORDERED.

26  DATED:_____

                                    THE HONORABLE PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

UNITED STATES V. BALDERMO REYES-REYES
[PROPOSED] ORDER EXCLUDING TIME    2