KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CASBN 189985)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   E-mail address: Hanley.chew@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00485 JW (PVT) |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 16, 2006 THROUGH OCTOBER 25, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| ) | |
| v. ) | |
| ) | |
| BALDOMERO REYES-REYES, ) | |
|   aka Baldomero Reyes, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     The parties appeared before this Court for a status conference on October 16, 2006. The defendant Baldomero Reyes-Reyes (the "defendant") was personally present and in custody. Deputy Federal Public Defender Angela Hansen, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to October 25, 2006 at 8:30a.m. for defendant's next appearance.

     At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 16, 2006 through October 25, 2006. The parties, including the defendant,

U.S. V. REYES-REYES, NO. CR 06-00485 JW(PVT)
[PROPOSED] ORDER EXCLUDING TIME

agree and the Court finds and holds as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 16, 2006 through October 25, 2006 based upon the need for the defense counsel to investigate further the facts of the present case and to evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from October 16, 2006 through October 25, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from October 16, 2006 through October 25, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court (1) sets an appearance date before this Court on October 25, 2006 at 8:30 a.m., and (2) orders and finds that the time from October 16, 2006 through October 25, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

DATED: 10/18/06        /s/ Angela Hansen
                       ANGELA HANSEN
                       Attorney for Defendant

DATED: 10/18/06        /s/ Hanley Chew
                       HANLEY CHEW
                       Assistant United States Attorney

SO ORDERED

DATED:   10/19/2006    _____
                       THE HONORABLE JAMES WARE
                       United States District Judge

U.S. V. REYES-REYES, NO. CR 06-00485 JW(PVT)
[PROPOSED] ORDER EXCLUDING TIME        2